| Com. v. McElroy [24] | 04/13/2016 12 MAL (2016) | Denied | Pa.Super., 135 A.3d 661 |
|---|---|---|---|
| Com. v. McLaughlin [25] .............. | 04/13/2016 12 EAL (2016) | Denied | Pa.Super., 135 A.3d 651 |
| Com. v. Mickeals ... | 04/11/2016 689 EAL (2015) | Denied | Pa.Super., 134 A.3d 499 |
| Com. v. Montalvo... | 04/12/2016 772 MAL (2015) | Denied | Pa.Super., 133 A.3d 66 |
| Com. v. Morgan .... | 04/06/2016 504–506 WAL (2015) | Denied | Pa.Super., 135 A.3d 648 |
| Com. v. Page-Jones | 03/29/2016 479 WAL (2015) | Denied | Pa.Super., 134 A.3d 494 |
| Com. v. Pelino ..... | 04/12/2016 22 WAL (2016) | Denied | Pa.Super., 134 A.3d 97 |
| Com. v. Peoples .... | 04/12/2016 875 MAL (2015) | Denied | Pa.Super., 134 A.3d 110 |
| Com. v. Reel [26] ..... | 04/06/2016 21 EAL (2016) | Denied | |
| Com. v. Robinson .. | 04/06/2016 637 EAL (2015) | Denied | Pa.Super., 135 A.3d 665 |
| Com. v. Samneang | 04/05/2016 599 EAL (2015) | Denied | Pa.Super., 118 A.3d 458 |
| Com. v. Sanders.... | 04/13/2016 936 MAL (2015) | Denied | Pa.Super., 131 A.3d 106 |
| Com. v. Schildt [27]... | 04/06/2016 970 MAL (2015) | Denied | Pa.Super,, 134 A.3d 503 |

24. Justice WECHT did not participate in the consideration or decision of this matter.

25. Justice DONOHUE and Justice WECHT did not participate in the consideration or decision of this matter.

26. Justice DONOHUE did not participate in the consideration or decision of this matter.

27. Justice WECHT did not participate in the consideration or decision of this matter.